# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| ROBERT LISH,<br><br>            Plaintiff,<br><br>v.<br><br>CASHNETUSA.COM, COMMONWEALTH RECOVERY SERVICE, JOEL WILLIAMS, DEBT MANAGEMENT PARTNERS, AVANTEUSA, DWAYNE LNU, an employee of AvanteUSA, MARVEL & ASSOCIATES, PN FINANCIAL & ASSOCIATES, JOHN T. SULLIVAN, and ROBERT JENSON,<br><br>            Defendants. | **ORDER**<br><br>Case No. 2:09-cv-01093-TC<br><br>Judge Tena Campbell |

        The defendant AvanteUSA Ltd., having failed to appear, plead or otherwise defend in this action, and default having been entered on June 23, 2010, and counsel for Plaintiff Robert Lish having requested judgment against the defaulted defendant AvanteUSA Ltd. and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b); the court GRANTS Mr. Lish's motion for a default judgment against AvanteUSA (Dkt. No. 9).

        The court directs the clerk of court to enter judgment in favor of Mr. Lish and against AvanteUSA Ltd., in the amount of three thousand dollars ($3,000.00) in statutory damages, two thousand four and 75/100 dollars ($2,004.75) in attorney fees, and four hundred and ten dollars ($410.00) in costs, for a total judgment of five thousand four hundred fourteen and 75/100 dollars ($5,414.75).  Plus interest on the judgment at the legal rate until the judgment is satisfied.

SO ORDERED.  DATED this 4th day of January, 2011.

> BY THE COURT:
>
> _/s/ Tena Campbell_
> TENA CAMPBELL
> United States District Judge